## JOHNSON v. STATE.    (No. 6435.)

(Court of Criminal Appeals of Texas. Nov. 2, 1921.)

**Criminal law ⬤�ネ1208(9)—Sentence erroneous in failing to take account of Indeterminate Sentence Law.**

A sentence on conviction of robbery fixing confinement in the penitentiary for a period of 25 years was wrong in failing to take account of the Indeterminate Sentence Law, and will be amended to read, "for a period of not less than 5 nor more than 25 years."

Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge.

E. J. Johnson was convicted of robbery, and appeals. Modified and affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Appellant is convicted of robbery; punishment fixed at confinement in penitentiary for a period of 25 years.

---

The sentence is wrong in failing to take account of the Indeterminate Sentence Law. As it reads, it condemns appellant to confinement for the "full period of 25 years." It should read: "For a period of not less than 5 nor more than 25 years." It is so amended.

We find neither statement of facts nor bills of exceptions, and discern no fundamental errors requiring a reversal.

The judgment is affirmed.

---

⊜⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes